**Affirmed and Opinion Filed May 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00490-CR
No. 05-14-00491-CR
No. 05-14-00492-CR
No. 05-14-00493-CR

**JIMIL JOHNTE BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F10-33944-M, F10-33945-M, F12-33914-M, F12-34048-M**

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Schenck
Opinion by Justice Bridges

Jimil Johnte Brown appeals four convictions, after adjudication of his guilt, for two offenses of delivery of marijuana in an amount over one-fourth ounce, one theft of property offense, and one offense of possession of cocaine in an amount less than one gram. *See* TEX. HEALTH & SAFETY CODE ANN. §§ 481.115(a), (b), 481.120(a), (b)(3) (West 2010); TEX. PENAL CODE ANN. § 31.03(a), (e)(4)(A) (West Supp. 2014). The trial court assessed punishment in each case at twenty months' confinement in a state jail. On appeal, appellant's attorney filed a brief in which he concludes the appeals are wholly frivolous and without merit. The brief meets

the requirements of *Anders v. California*, 386 U.S. 738 (1967).  The brief presents a professional evaluation of the record showing why, in effect, there are no arguable grounds to advance.  *See High v. State*, 573 S.W.2d 807, 811–12 (Tex. Crim. App. [Panel Op.] 1978).  Counsel delivered a copy of the brief to appellant.  We advised appellant of his right to file a pro se response, but he did not file a pro se response.  *See Kelly v. State*, 436 S.W.3d 313, 319–21 (Tex. Crim. App. 2014) (identifying duties of appellate courts and counsel in *Anders* cases).

We have reviewed the record and counsel's brief.  *See Bledsoe v. State*, 178 S.W.3d 824, 826–27 (Tex. Crim. App. 2005) (explaining appellate court's duty in *Anders* cases).  We agree the appeals are frivolous and without merit.  We find nothing in the record that might arguably support the appeals.

We affirm the trial court's judgments.

Do Not Publish
TEX. R. APP. P. 47
140490F.U05

     /David L. Bridges/
DAVID L. BRIDGES
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JIMIL JOHNTE BROWN, Appellant

No. 05-14-00490-CR     V.

THE STATE OF TEXAS, Appellee

Appeal from the 194th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F10-33944-M).
Opinion delivered by Justice Bridges,
Justices Lang and Schenck participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered May 26, 2015



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JIMIL JOHNTE BROWN, Appellant

No. 05-14-00491-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the  194th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F10-33945-M).
Opinion delivered by Justice Bridges,
Justices Lang and Schenck participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered May 26, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JIMIL JOHNTE BROWN, Appellant

No. 05-14-00492-CR        V.

THE STATE OF TEXAS, Appellee

Appeal from the  194th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F12-33914-M).
Opinion delivered by Justice Bridges,
Justices Lang and Schenck participating.

Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.

Judgment entered May 26, 2015.



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JIMIL JOHNTE BROWN, Appellant

No. 05-14-00493-CR          V.

THE STATE OF TEXAS, Appellee

Appeal from the  194th Judicial District
Court of Dallas County, Texas (Tr.Ct.No.
F12-34048-M).
Opinion delivered by Justice Bridges,
Justices Lang and Schenck participating.


Based on the Court's opinion of this date, the trial court's judgment is **AFFIRMED**.


Judgment entered May 26, 2015.